**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
Attorney for Trustee

Daniel E. Straffi

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| Demza Masonry, LLC | ) |
| | ) |
| Debtor. | ) Chapter 7 Proceeding |
| | ) Case No. 21-18868/CMG |
| | ) |
| Daniel E. Straffi, Trustee | ) Adv. Pro. No. 23-1347/CMG |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE OF SUMMONS** |
| Independence Blue Cross, LLC | ) **AND COMPLAINT** |
| | ) |
| | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

Daniel E. Straffi, Esq. hereby certifies as follows:

1. The Summons, Complaint and Notice of Pretrial in the within matter were served on defendant, Independence Blue Cross, LLC on November 16, 2023 by certified and regular mail, postage prepaid. Copy of the letter is annexed as Exhibit "A".

2. I certify that the foregoing statement(s) made by me are true. I am aware that if any of the foregoing statement(s) made by me are willfully false, I am subject to punishment.

Dated: 11/16/23

DANIEL E. STRAFFI, ESQ.
Attorney for Plaintiff

# STRAFFI & STRAFFI
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DANIEL E. STRAFFI, ESQ.<br>bktrustee@straffilaw.com | 670 COMMONS WAY<br>TOMS RIVER, NJ 08755<br>T: (732) 341-3800<br>F: (732) 341-3548<br>www.straffilaw.com<br>infodocuments@straffilaw.com | DANIEL E. STRAFFI, JR, ESQ.*<br>familyclient@straffilaw.com<br>bkclient@straffilaw.com<br><br>* R. 1:40 Qualified Mediator |

*Certified and Regular Mail*

November 16, 2023

Independence Blue Cross, LLC
1901 Market Street
Philadelphia, PA 19103
Attn: Officer, General or Managing Agent
9489 0090 0027 6431 8177 01

Re: <u>Demza Masonry, LLC</u>
Case No: 21-18868/CMG
<u>Straffi v. Independence Blue Cross, LLC</u>
Adv. No: 23-1347/CMG

Dear Sir or Madam:

In connection with the above matter, enclosed please find the following documents:

(1) Summons and Notice of Pretrial Conference;
(2) Pretrial Instructions;
(3) Complaint;
(4) Mediation Order; and
(5) Joint Order Scheduling Pretrial Proceedings and Trial.

Please be advised that the Pretrial Hearing in the above matter is scheduled for **January 17, 2024** at **3:00** p.m.

Please mark your calendar accordingly.

Very truly yours,

Daniel E. Straffi

DES:jmr
Enclosures



EXHIBIT A